**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Supreme Court**

The State, Respondent,

v.

William Lee Carpenter, Petitioner.

Appellate Case No. 2021-000711

---

Appeal from Greenville County
Letitia H. Verdin, Circuit Court Judge

---

Memorandum Opinion No. 2023-MO-004
Heard January 12, 2023 – Filed January 25, 2023

---

**DISMISSED AS IMPROVIDENTLY GRANTED**

---

Fletcher N. Smith Jr., of the Law Firm of Fletcher N. Smith Jr., LLC, of Greenville; and Elizabeth Anne Franklin-Best, of Elizabeth Franklin-Best, P.C., of Columbia, both for Petitioner.

Attorney General Alan McCrory Wilson and Senior Assistant Deputy Attorney General William M. Blitch Jr., both of Columbia; and Solicitor William Walter Wilkins III, of Greenville, all for Respondent.

---

**PER CURIAM:** We granted a writ of certiorari to review the decision of the court

of appeals in *State v. Carpenter*, Op. No. 2021-UP-182 (S.C. Ct. App. filed May 19, 2021).  We now dismiss the writ as improvidently granted.

**DISMISSED AS IMPROVIDENTLY GRANTED.**

**KITTREDGE, Acting Chief Justice, HEARN, FEW, JAMES, JJ., and Acting Justice H. Bruce Williams, concur.**